```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STEPHANIE HAMILTON BORCHERS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-01570-OWW-SMS |
| Plaintiff, ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. ) | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, and ) | |
| ONE CASHIER'S CHECK IN THE AMOUNT OF $20,000.00 ISSUED FROM THE BANK OF STOCKTON, ) | |
| Defendants. ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendants approximately $20,000.00 in U.S. Currency and one cashier's check in the amount of $20,000.00 issued from The Bank of Stockton (hereafter "defendant

assets") were seized in the city of Fresno, in Fresno County, California.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the arrest/seizure;

            (3)    The identity and/or description of the property arrested/seized;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: October 23, 2008                McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Stephanie Hamilton Borchers
                                            STEPHANIE HAMILTON BORCHERS
                                            Assistant United States Attorney

                                     ORDER

IT IS SO ORDERED.

**Dated:   October 29, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE