UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cv-1570-OWW-SMS |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS (DOC. 25) |
| v. | |
| Approximately $20,000.00 in U.S. Currency, et al., | |
| Defendants. | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

On June 29, 2009, the undersigned Magistrate Judge filed findings and recommendations concerning Plaintiff's motion for default judgment (Doc. 21). On July 2, 2009, Plaintiff filed notice of withdrawal of the application for default judgment and a request to the Court to vacate its findings and recommendations.

Considering Plaintiff's withdrawal of the motion for default judgment, and in light of the Plaintiff's expressed intention to resubmit the motion at a later time, the Court has determined that it is appropriate to vacate the findings and

1

recommendations.

Accordingly, the findings and recommendations of the undersigned Magistrate Judge (Doc. 25), filed on June 29, 2009, ARE VACATED.

IT IS SO ORDERED.

**Dated:   July 8, 2009**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE