UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cv-1570-OWW-SMS |
| )  Plaintiff, ) | ORDER TO PLAINTIFF TO SERVE |
| v. ) | FINDINGS AND RECOMMENDATIONS RE: |
| ) | PLAINTIFF'S MOTION FOR DEFAULT |
| Approximately $20,000.00 in ) | JUDGMENT ON ALL POTENTIAL |
| U.S. Currency, et al., ) | CLAIMANTS AND TO FILE PROOF OF |
| ) | SERVICE |
| Defendants. ) | |

Plaintiff is proceeding with a civil action in this Court. The Court recently filed findings and a recommendation regarding Plaintiff's renewed motion for default judgment (Doc. 29).

Plaintiff IS DIRECTED to serve the findings and recommendations on all potential claimants to Defendant property, including Rafael C. Rivera, Mario Chavez Cabrera, and Peter Halamandaris, and to file proof of such service no later than ten days after the date of service of this order.

IT IS SO ORDERED.

**Dated:    October 22, 2009**                  /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1