BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-01570-OWW-SMS |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT AND FINAL** |
| ) | **JUDGMENT OF FORFEITURE** |
| v. ) | |
| ) | |
| APPROXIMATELY $20,000.00 IN U.S. ) | |
| CURRENCY, and ) | |
| ) | |
| ONE CASHIER'S CHECK IN THE ) | |
| AMOUNT OF $20,000.00 ISSUED FROM ) | |
| THE BANK OF STOCKTON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed August 14, 2009. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Order Vacating Hearing on Plaintiff's Renewed Motion for Default Judgment and Deeming Matter Submitted for Decision of the Magistrate Judge have passed and no timely objections have been filed. An Order Adopting Findings and Recommendations (Doc. 31) Order Granting Plaintiff's Motion for Default Judgment (Doc. 29) Order Directing Clerk to Enter Judgment -*and*- Final Judgment of Forfeiture for Plaintiff was filed on February 18, 2010. Based on the Magistrate Judge's Order Vacating Hearing on Plaintiff's Renewed Motion for Default Judgment and Deeming Matter Submitted for Decision, the Order Adopting Findings and Recommendations (Doc. 31) Order

Granting Plaintiff's Motion for Default Judgment (Doc. 29) Order Directing Clerk to Enter Judgment -*and*- Final Judgment of Forfeiture for Plaintiff, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's October 23, 2009 Order Vacating Hearing on Plaintiff's Renewed Motion for Default Judgment and Deeming Matter Submitted for Decision in full.

2. Rafael C. Rivera, Mario Chavez Cabrera, and Peter Halamandaris are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendants Approximately $20,000.00 in U.S. Currency and One Cashier's Check in the Amount of $20,000.00 issued from the Bank of Stockton of Rafael C. Rivera, Mario Chavez Cabrera, and Peter Halamandaris, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendants Approximately $20,000.00 in U.S. Currency and One Cashier's Check in the Amount of $20,000.00 issued from the Bank of Stockton to the United States of America, to be disposed of according to law, including all right, title, and interest of Rafael C. Rivera, Mario Chavez Cabrera, and Peter Halamandaris.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   February 19, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE